RECEIVED
IN LAKE CHARLES, LA.

DEC 14 2016

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALEX PAPILLION | * | CIVIL ACTION NO. 2:16-CV-00273 |
| | * | |
| v. | * | |
| | * | JUDGE MINALDI |
| DARREL VANNOY | * | |
| | * | |
| | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, the Magistrate Judge's Report and Recommendation (Rec. Doc. 18) and the reasons set forth therein,

**IT IS ORDERED** that the petitioner's application is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 5 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

6